UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    No. 2:09-cr-00131-MCE

    Plaintiff,

    v.    ORDER

JERALD PETER D'SOUZA,

    Defendant.

----oo0oo----

The Court is in receipt of Defendant's Reply in Support of his Memorandum of Points and Authorities for Determination of Subject Matter Jurisdiction and Withdrawal of Plea Pursuant to Rule 11 (ECF No. 35). The Court has already ruled on Defendant's Motion (ECF No. 34), and, while the Court is cognizant that Defendant's appointed counsel from the Office of the Federal Defender notified the Court that Office was unable to represent Defendant with respect to his instant request (ECF No. 28), Defendant's counsel is nonetheless directed to serve a copy of the Court's Order on Defendant.

1

Defendant's counsel will be relieved from further representation of Defendant immediately upon filing a copy of the proof of service of said Order with this Court and upon providing the Clerk of the Court with Defendant's current address.

   IT IS SO ORDERED.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE