UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    No. 2:09-cr-00131-MCE

    Plaintiff,

  v.    ORDER

JERALD PETER D'SOUZA,

    Defendant.

----oo0oo----

The Court is in receipt of the Ninth Circuit's Order remanding this case "for the limited purpose of permitting the district court to rule on appellant's April 20, 2012 request that the time for filing the notice of appeal be extended to March 20, 2012 based on a showing of excusable neglect." ECF No. 45, p. 1.

///
///
///
///
///
///

1

The Order[1] appealed from was entered on February 7, 2012, and thus the time to appeal pursuant to Federal Rule of Appellate Procedure 4(b)(1) expired on or about February 21, 2012. Pursuant to Federal Rule of Appellate Procedure 4(b)(4), however, this Court may "[u]pon a showing of excusable neglect or good cause,...extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of [that fourteen day period]."

The Court finds such an extension warranted in this case because, though the Order appealed from was entered on February 7, 2012, due to a clerical oversight, and through no fault of Defendant, that Order was not served on Defendant until March 15, 2012. Defendant wasted no time in filing his Notice of Appeal just a few days later. Accordingly, Defendant's Request for Extension to File Late Appeal (ECF No. 43) is now GRANTED and the time for filing that notice of appeal is hereby extended to March 20, 2012.

///
///
///
///
///

---

[1] The Court is aware that Defendant does not believe this was a final and appealable order disposing of all issues. See, e.g., ECF Nos. 39, 46. By its Order, however, the Court denied Defendant's Motion (ECF No. 34) in its entirety, and that decision still stands. For clarity of the record, however, the Court nonetheless now holds that none of Defendant's subsequent filings are sufficient to warrant this Court revisiting its decision. Accordingly, each of Defendant's requests (ECF Nos. 36, 39, and 46) are DENIED.

1 | The Clerk of the Court is directed to serve this Order on the
2 | Defendant at Reg. No. 18425-097, Federal Correctional
3 | Institution, P.O. Box 7001, Taft, California 93268, and on the
4 | United States Court of Appeals for the Ninth Circuit.
5 |     IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE